FILED

George & Barbara Gasich
c/o 8991 Willow Lane
Saint John, Indiana 46373

14 JUL 25 AM 10: 21

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA
## HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No. 2:14-cr-0063 |
| ) | |
| Plaintiff, ) | **DEFENDANTS' FIRST MOTION FOR ENLARGEMENT OF TIME IN WHICH TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| v. ) | |
| ) | |
| George Gasich and Barbara Gasich ) | |
| ) | |
| Defendants. ) | |

COME NOW George Gasich and Barbara Gasich ("Movants"), pursuant to Fed.R.Civ.P. Rule 7(b), and hereby move this Honorable Court for an enlargement of time to respond to plaintiff's complaint docketed with the Court on or about 18 June 2014.

Movants, to date, need additional time to interview potential candidates to serve as counsel. Movants believe that an enlargement of thirty (30) days will be sufficient. Further, Movants believe such an enlargement of time will not, in any manner, prejudice the plaintiff.

There have been no other requests by Movants for an enlargement of time in regards to this matter. Additional time is necessary and imperative for Movants and is not being requested for purposes of delay.

Prior to filing this motion, on 24 July 2014 at approximately 3:01 p.m. Central Time, Movants attempted to contact counsel for plaintiff, Randall M. Stewart, Assistant United States Attorney ("Stewart"), via telephone to secure an enlargement of time without inconveniencing the Court. Movants subsequently left a message for Stewart.

Date: July 24, 2014

_____
George Gasich

_____
Barbara Gasich

## CERTIFICATE OF SERVICE

We certify that we hand-delivered the forgoing to the following:

David Capp
United States Attorney's Office
5400 Federal Plaza, Suite 1500
Hammond, IN 46320

Randall M. Stewart
United States Attorney's Office
5400 Federal Plaza, Suite 1500
Hammond, IN 46320

Date: July 24, 2014

_____    _____
George Gasich              Barbara Gasich