UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION



UNITED STATES OF AMERICA,

    Plaintiff(s),

Vs.                          CASE NO.: 2:14-CR-0063

GEORGE GASICH

BARBARA GASICH

    Defendants [in error]

_____/

## NOTICE OF FILING OF
## PAYMENT BOND WITH REGISTERED BOND OF INDEMNITY FOR
## FULL SETTLEMENT, EXTHINGUISHMENT AND CLOSURE OF CASE

NOW COMES, Barbara Lynn Gasich, and George Gasich, *in esse* and *sui juris*, being duly

sworn, depose and declare that, they are making a special, restricted visitation who are

friends of this Emergency War Powers Court.  We hereby submit this **Notice of Payment**

**Bond With Registered Indemnity Bond for Full Settlement, Extinguishment and Closure of**

**Case**.  **This document and the attachments hereto are presented in the spirit of peace and**

**harmony** recognizing that; **"Equality is Paramount and Mandatory by Law."**

The undersigned is unschooled in law and asks that the court take Judicial Notice of the

enunciation of principles as stated in *Haines v. Kerner,* 404 U.S. 519, wherein the court has directed

that those who are unschooled in law making pleadings and / or complaints shall have the court look

to the substance of the pleadings rather than the form.

1.  Attached hereto is a Payment Bond in the amount of U.S. $1,155,134.00, along with a Registered Bond of Indemnity in the amount of U.S. $2,310,368.00 **(the "Bonds"), along with Wisconsin Registered Certificate # 1962061966, Authentication # 14054127-1,** to give **security and guarantee** of **payment(s)** for the **FULL ACQUITTANCE & DISCHARGE of all charges, debts, assessments, taxes and dues, public and private**, in accordance with the attached copy of the Indictment which is noted with a BANKER'S ACCEPTANCE.  The originals of said documents are hereto attached to this Notice and noted as Exhibit A.

2.  The undersigned demands this court take **mandatory judicial notice** of the filing of the copies of the "Bonds" with supporting documents into this case.  These settlement documents are being presented in person by and through the office of the Indiana Secretary of State (UNDER NOTARY SEAL). The undersigned accepts the oath of office of the **Clerk of The Court and Judge in this case to act in TRUST regarding the receipt of the "Bonds" (offer of performance) by this court**.  TAKE NOTICE, this case (account) is extinguished / settled / discharged in accordance with the laws noted hereto and in the attached **Affidavit of Discharge In Accordance with 12 U.S.C. § 95a (2).**

3.  The attached **"Bonds"** are entitled to the **"full faith and credit"** [of the united states] and are tendered **in good faith and with clean hands to this Court.**  Said "Bonds" are **(partially) assigned to or for and account of the United States** pursuant to (Emergency Banking Act of March 9, 1933) **12 U.S.C. sec. 95a (2)** and are redeemable in lawful money in accordance with **12 U.S.C. sec. 411.**  These "Bonds" are further authorized under the **U.C.C. among other laws**.

4.  Upon receipt of such tender of payment, GEORGE GASICH and BARBARA GASICH are hereby released from any and all obligations, appearances and the like regarding this instant matter. The undersigned respectively demands the Clerk of the Court or Judge release the order of

2

the court to the undersigned and to immediately return all property (passports, appearance

bonds and the like) that may be in possession of the court and all agents thereof to the

Undersigned.   We hereby remove / terminate our consent (authorization) regarding any

actions of this court regarding this instant matter beyond the acceptance and processing of

said bonds for **FULL ACQUITTANCE & DISCHARGE of all charges, debts, assessments, taxes**

**and dues, public and private (12 U.S.C. 95a (2)).**

5.   **The Department of the Treasury, Internal Revenue Service in Publication 334, Chapter 5-**

**Business Income, treats Promissory Notes and other evidences of debt as "OTHER**

**INCOME" that must be reported on the IRS corporate taxes filed by this court.  In**

**general, you report them at their respective principal stated amount (minus any [unstated]**

**interest) when you receive them.  The IRS is in receipt of IRS Form 1099A (2014) and IRS**

**Form 56-Notice Concerning Fidiciary Relationship regarding this matter.**

Barbara Lynn Gasich, American Freewoman
Private Citizen of the United States: American National
Private Citizen of the State of Florida
Special and Private Resident of the County of Manatee
All Rights Reserved Without Prejudice

George Gasich, American Freeman
Private Citizen of the United States: American National
Private Citizen of the State of Florida
Special and Private Resident of the County of Manatee
All Rights Reserved Without Prejudice

CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing was sent on or about July _15th_, 2015 via U.S.
Mail to: RANDALL SETWART, ASSISTANT US ATTORNEY FOR PLANTIFF at 5400 FEDERAL PLAZA,
HAMMOND IN 46320O.

3

CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing was sent on or about July 15th, 2015 via U.S. Mail to: RANDALL SETWART, ASSISTANT US ATTORNEY FOR PLANTIFF at 5400 FEDERAL PLAZA, HAMMOND IN 46320O.

Acknowledgement

| | | |
|---|---|---|
| United States of America | ) | |
| State of Indiana | ) | s.a. |
| County of Lake | ) | |

Before Me, on this day Barbara Lynn Gasich, known to me to be the natural person described herein, personally made a restricted visitation and solemnly affirmed under the Law of God and the Maxims of Equity that every statement given above was the whole truth to the best of her knowledge.

Subscribed and Affirmed before me on this 14th day of July, 2015.

Seal:

_____
Notary Public

ASHLEY MANFRE
Notary Public, State of Indiana
Lake County
Commission # 663063
My Commission Expires
February 15, 2023

NOTE: The above noted NOTARY PUBLIC is not an attorney licensed to practice law in the state of Florida and has not given legal advice or accepted fees for legal advice; provided no assistance in the preparation of the above referenced documents, and has no interest in any issue referenced therein. The Certifying NOTARY is an independent contractor and not a party to this claim. In fact the Certifying NOTARY is a Federal Witness Pursuant to TITLE 18, PART I, CHAPTER 73, SEC. 1512. *Tampering with a witness, victim, or an informant.* The Certifying NOTARY also performs the functions of a quasi-Postal Inspector under the Homeland Security Act by being compelled to report any violations of the U.S. Postal regulations as an Officer of the Executive Department.

| PAYMENT BOND FOR OTHER THAN CONSTRUCTION CONTRACTS (See instructions on reverse) | DATE BOND EXECUTED (Must not be later than bid opening date) 07/17/2014 | OMB Number: 9000-0045 Expiration Date: 6/30/2016 |
|---|---|---|

Public reporting burden for this collection of information is estimated to average 25 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the FAR Secretariat (MVR), Federal Acquisition Policy Division, GSA, Washington, DC 20405

| PRINCIPAL (Legal name and business address) | TYPE OF ORGANIZATION ("X" one) | | |
|---|---|---|---|
| BARBARA LYNN POPOVICH (GASICH), GEORGE GASICH c/o CLERK OF THE COURT, DISTRICT COURT OF THE US NORTHERN DISTRICT OF INDIANA, HAMMOND DIVSION 5400 FEDERAL PLAZA # 1500, HAMMOND IN 46320 Criminal Case File # 2:14-CR-0063 | [X] INDIVIDUAL | | [ ] PARTNERSHIP |
| | [ ] JOINT VENTURE | | [ ] CORPORATION |
| | STATE OF INCORPORATION Wisconsin Certificate # 1962061966 | | |

| SURETY(IES) (Name(s) and business address(es)) (Include ZIP code) | PENAL SUM OF BOND | | | |
|---|---|---|---|---|
| NEXTUP INTERNATIONAL TRUST, IRS EIN 46-7407383 State of Wisconsin ID # 1962061966, Authentication # 14054127-1 Barbara Lynn Gasich, as Agent / Beneficiary 901 NORTH 9TH STREET MILWAUKEE, WI 53233 Full Faith and Credit FL UCC1 file # 201402376608 | MILLION(S) | THOUSAND(S) | HUNDRED(S) | CENTS |
| | 1 | 155 | 134 | 0 |
| | CONTRACT DATE 07/17/2014 | | CONTRACT NO. Case # 2:14-CR-0063 | |

We, the Principal and Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit of liability is indicated, the limit of liability is the full amount of the penal sum.

CONDITIONS:

The Principal has entered into the contract identified above.

(OFFICIAL SEAL OR STAMP)

REQUEST FOR PAYMENT FOR VALUE RECEIVED
Pay to the Order of: Clerk of the Court
WITHOUT RECOURSE

By: _____

THEREFORE:

(a) The above obligation is void of the Principal promptly makes payment to all persons (claimants) having a contract relationship with the Principal or a subcontractor of the Principal for furnishing labor, material or both in the prosecution of the work provided for in the contract identified above and any duly authorized modifications thereof. Notice of those modifications to the Surety(ies) are waived.

(b) The above obligation shall remain in full force if the Principal does not promptly make payments to all persons (claimants) having a contract relationship with the principal or a subcontractor of the Principal for furnishing labor, material or both in the prosecution of the contract identified above. In these cases, persons not paid in full before the expiration of ninety (90) days after the date of which the last labor was performed or material furnishing, have a direct right of action against the principal and Surety(ies) on this bond for the sum or sums justly due. The claimant, however, may not bring a suit or any action -

(1) Unless claimant, other than one having a direct contract with the Principal, had given written notice to the Principal within ninety (90) days after the claimant did or performed the last of the work or labor, or furnished or supplied the last of the materials for which the claim is made. The notice is to state with substantial accuracy the amount claimed and the name of the party to whom the materials were furnished or supplied, or for whom the work or labor was done or performed. Such notice shall be served by mailing the same registered or certified mail, postage prepaid, in an envelope addressed to the Principal at any place where an office is regularly maintained for the transaction of business, or served in any manner in which legal process is served in the state in which the contract is being performed, save that such service need not be made by a public officer.

(2) After the expiration one (1) year following the date on which claimant did or performed the last of the work or labor, or furnished or supplied the last of the materials for which the suit is brought.

(3) Other than in the United States District court for the district in which the contract, or any part thereof, was performed and executed, and not elsewhere.

Acceptable Certifications:
Financial Institution's Official Seal or Stamp
(Such as Signature Guarantee or Medallion Signature Guarantee

WITNESS:

The principal and Surety(ies) executed this bid bond and affixed their seals on the above date.

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition not usable

STANDARD FORM 1416 (REV. 10-98)
Prescribed by GSA-FAR (48 CFR) 53.228(m)

416 627 456      0510-0003-3      0053469954

FingerPrint Valid Touch

THIS DOCUMENT IS VOID WITHOUT A BLUE & GREEN BACKGROUND · ADDITIONAL SECURITY FEATURES ARE PRINTED ON THE BACK

# REGISTERED BOND OF INDEMNITY

**Registered via Florida Secured Transaction Registry (Florida UCC1) file # 201402376608**

**BOND NUMBER**
**RE 416 621 065 US**

# U.S. $2,310,268.00

**AN OBLIGATION OR OTHER SECURITY OF THE UNITED STATES**

Pay to the Order of: CLERK OF THE COURT, WITHOUT RECOURSE ("PAYEE")
5400 Federal Plaza # 1500
Hammond, Indiana 46320

**Issue Date: July 7, 2015**

**Maturity Date: September 8, 2015**

For Further Credit to: Case #2:14-CR-0063 via IRS / Treasury pre-paid trust acct # 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, for the BARBARA L GASICH, and # 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 for the GEORGE GASICH

By /On/ Through: NEXTUP INTERNATIONAL TRUST ( IRS EIN 46-7407383), c/o Barbara Lynn Gasich, Principal ("Creditor") as a Private Banker / Financial Institution, IRS / Treasury Pre-Paid Trust Account # 391802735, Federal Reserve Bank of Richmond notation / trace # 0053469954, Wisconsin Registered Certificate # 1962061966, Authentication # 14054127-1

KNOW ALL MEN BY THESE PRESENTS, which are intended to constitute a *Private Registered Bond of Indemnity* and WHEREAS, only fiat money exists in circulation for the discharge of debt:

NOW, THEREFORE, FOR VALUE RECEIVED, the undersigned Creditor being of sound mind and honorable intentions, for the purposes of protecting secured interests, reserving rights of recourse, remedy and subrogation, and maintaining the honor of the above-named Account Holders and Accounts, does by necessity hereby issue this *Private Registered Payment Bond*, tendered, in good faith with clean hands, as full satisfaction of any and all claims and /or demands, to wit: In the Creditor's rightful *Sui Juris* status, the Creditor does hereby knowingly and with full disclosure hold, bind and obligate Creditor's collateral jointly and severally by this instrument as voluntary surety for all of the above-noted Account Holders and Accounts, each severally, for any amount up to and including: **Two Million Three Hundred Ten Thousand, Two Hundred Sixty Eight Dollars**, i.e., **U.S. $2,310,268.00**, insuring, underwriting, indemnifying and discharging the said Account Holders and Accounts against any and all pre-existing contractual claim(s) / offer(s) to include those that are written and verbal, current and future losses, costs, debts, taxes, encumbrances, deficits, court cases, deficiencies, liens, judgments, true bills, obligations of contract or performance, defaults, charges, and any and all other obligations as may exist or come to exist **(public or private)** during the term of this bond (jointly and severally "Liabilities"), thereby honorably discharging and vacating dollar-for-dollar all such obligations until the sum or the term of this bond is exhausted. The PAYEE shall have ten (10) business days from the date of receipt of presentment to dishonor this bond by returning it to the Principal by registered mail noting any fatal defects preventing PAYEE from using this bond at the exact mailing location shown below. Failure to return this bond will stipulate acceptance and honoring of this instrument and all associated transactions pertaining thereto.

SATISFACTION OF LIABILITIES: The PAYEE and all agents thereof may demand payment of all or any portion thereof at its discretion by posting the payment to the Private Pre-paid account number noted above dollar-for-dollar and transferring the obligation by TT&L or presentment to:

Secretary of the Treasury
United States Department of the Treasury
1500 Pennsylvania Avenue, N.W.
Washington, D.C. 20220

PRIVATE PRE-PAID ACCOUNT. This valuable document written in GOOD FAITH under the doctrine of necessity and tendered by transfer by assignment of account to the PAYEE and all agents thereof to post the full or partial value of this bond to satisfy, set-off, pay, terminate, and discharge dollar-for-dollar (accord and satisfaction) pursuant to G.A.A.P (Sarbanes-Oxley) any and all past, present, and /or future debts, liabilities, encumbrances, deficiencies, deficits, liens, charges, fees, interest, bills, true bills, taxes, obligations of contract and/or performance, instruments of debt, and all other obligations (jointly and severally "Liabilities") (public and private) attributed to the account holders and accounts noted above. This instrument can also be used as a letter of credit by the Principal for the issuance of Notes, Drafts, Bills of Exchange, lines of credit and the like up to the amount of **U.S. $2,310,268.00**. This Bond is backed by the full faith and credit of the United States and is secured by **Wisconsin Registered Certificate # 1962061966, Authentication # 14054127-1 and IRS / Treasury Pre-Paid account # 391802735, Trace / Notation # 0053469954**, as held in book entry form by the **Federal Reserve Bank of Richmond, as fiscal agents of the United States** and is being issued by the Principal to the Payee in the capacity of a **Private Banker / [Private] Financial Institution**. Void where prohibited by law.

AMOUNT DUE:     PAYEE enter the amount due below

$ [ ][ ][ ][ ][ ][ ][ ] . [ ][ ]

MATURITY. Upon demand, the Payee or Secretary of the Treasury shall release all obligation(s) dollar-for-dollar to the extent so paid, with the balance of the bond remaining in full force and effect. Upon satisfaction of any obligation(s) in full, the Secretary shall mark this bond cancelled and return it bearing the marks of cancellation to the Principal or the Principal's heirs by registered mail, all profits and proceeds accruing since presentment to remain with the Secretary for the benefit and use of the United States Department of the Treasury and all agents thereof. **The attached UCC3 Amendment must remain with this Instrument at all times.**

*IN WITNESS WHEREOF, the Signatory to this bond does hereby affix his respective hand and seal on this Twenty Second day of the Sixth month in the year Two Thousand and Fifteen.*

(OFFICIAL STAMP OR SEAL)

*Barbara Lynn Gasich*

Barbara Lynn Gasich, Principal / Underwriter / Executor / Trustee
Exemption ID # 391802735
FRB of Richmond Trace / Notation # 0053469954
NEXTUP INTERNATIONAL TRUST, IRS EIN 46-7407383
in care of: 8374 Market St # 110
Bradenton, Florida [34202]
United States Minor Outlying Islands

Acceptable Certifications:
Financial Institution's Official Seal or Stamp
(Such as **Signature Guarantee** or **Medallion Signature Guarantee**)

RE 416 621 065 US:     0510-0003-3     0053469954

THE BLUE KNIGHT™ & FINGERPRINT SECURITY WORDING IN THE BACKGROUND DISAPPEARS WHEN BLOWING OR RUBBING

FILED

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

2014 JUN 18  PM 2:59

ROBERT N. TRGOVICH
U.S. DISTRICT COURT
FOR THE NORTHERN DISTRICT
OF INDIANA

UNITED STATES OF AMERICA )
                         )   Cause No.
        v.               )
                         )                2 . 14 CR   63
GEORGE GASICH            )   18 U.S.C. § 287
BARBARA GASICH           )

**INDICTMENT**

**THE GRAND JURY CHARGES:**

**COUNT 1**

On or about August 4, 2008, in the Northern District of Indiana,

**BARBARA GASICH,**

defendant herein, made and presented to the United States, a claim for payment of a fraudulent tax

refund in the amount of $28,634, knowing that the claim was false, fictitious, and fraudulent. The

defendant made the false claim by submitting a 2007 U.S. Individual Income Tax Return Form

1040, to the United States Department of the Treasury through the Internal Revenue Service;

In violation of Title 18, United States Code, Section 287.

1

LIONS update 6/25 LN

**THE GRAND JURY FURTHER CHARGES:**

**COUNT 2**

On or about August 4, 2008, in the Northern District of Indiana,

**GEORGE GASICH,**

defendant herein, made and presented to the United States a claim for payment of a fraudulent tax refund in the amount of $447,538, knowing that the claim was false, fictitious, and fraudulent. The defendant made the false claim by submitting a 2007 United States Individual Income Tax Return Form 1040 to the United States Department of the Treasury through the Internal Revenue Service;

In violation of Title 18, United States Code, Section 287.

2

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 3

On or about April 19, 2009, in the Northern District of Indiana,

### GEORGE GASICH

defendant herein, made and presented to the United States a claim for payment of a fraudulent tax refund/credit in the amount of $110,804, knowing that the claim was false, fictitious, and fraudulent. The defendant made the false claim by submitting a 2006 United States Individual Income Tax Return Form 1040 to the United States Department of the Treasury through the Internal Revenue Service;

In violation of Title 18, United States Code, Section 287.

3

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 4

On or about April 20, 2009, in the Northern District of Indiana,

### GEORGE GASICH,

defendant herein, made and presented to the United States a claim for payment of a fraudulent tax refund in the amount of $262,280, knowing that the claim was false, fictitious, and fraudulent. The defendant made the false claim by submitting a 2008 United States Individual Income Tax Return Form 1040 to the United States Department of the Treasury through the Internal Revenue Service;

In violation of Title 18, United States Code, Section 287.

4

**THE GRAND JURY FURTHER CHARGES:**

**COUNT 5**

On or about April 20, 2009, in the Northern District of Indiana,

**BARBARA GASICH,**

defendant herein, made and presented to the United States a claim for payment of a fraudulent tax refund in the amount of $32,091, knowing that the claim was false, fictitious, and fraudulent. The defendant made the false claim by submitting a 2008 United States Individual Income Tax Return Form 1040 to the United States Department of the Treasury through the Internal Revenue Service;

In violation of Title 18, United States Code, Section 287.

5

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 6

On or about April 22, 2009, in the Northern District of Indiana,

### GEORGE GASICH,

defendant herein, made and presented to the United States a claim for payment of a fraudulent tax

refund/credit in the amount of $247,142, knowing that the claim was false, fictitious, and

fraudulent. The defendant made the false claim by submitting a 2007 United States Individual

Income Tax Return for Form 1040 to the United States Department of the Treasury through the

Internal Revenue Service;

In violation of Title 18, United States Code, Section 287.

6

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 7

On or about April 22, 2009, in the Northern District of Indiana,

### BARBARA GASICH,

defendant herein, made and presented to the United States a claim for payment of a fraudulent tax refund/credit in the amount of $26,045, knowing that the claim was false, fictitious, and fraudulent. The defendant made the false claim by submitting a 2007 United States Individual Income Tax Return, Form 1040 to the United States Department of the Treasury through the Internal Revenue Service;

In violation of Title 18, United States Code, Section 287.

A TRUE BILL:

FOREPERSON

DAVID CAPP
UNITED STATES ATTORNEY

By: _____
Randall M. Stewart
Assistant United States Attorney

7

## RELEASE OF LIEN ON REAL PROPERTY

Whereas _____ GEORGE GASICH & BARBARA LYNN GASICH _____ , of _____ MANATEE COUNTY, FLORIDA _____ , by a bond

(Name)                                                              (Place of Residence)

for the performance of U.S. Government Contract Number _____ Criminal Case file # 2:14-CR-0063 _____ ,

became a surety for the complete and successful performance of said contract, which bond includes a lien
upon certain real property further described hereafter, and

Whereas said surety established the said lien upon the following property

See attached SF 1416-Payment Bond, U.S. $1,155,134.00,
See attached Registered Bond of Indemnity U.S. $2,310,268.00,
See attached case # 2:14-CR-0063 (INDICTMENT) in the penal sum of U.S. $1,155,134.00,
Wisconsin Registered Certificate # 1962061966, US Authentication # 14054127-1, Full Faith and Credit

and recorded this pledge on _____ DISTRICT COURT OF THE US, NORTHERN DIST OF IN, HAMMOND DIV _____

(Name of Land Records)

in the _____ HAMMOND _____ of _____ INDIANA _____ ,

(Locality)                                            (State)

and

Whereas, I, _____ Barbara Lynn Gasich, Sui Juris,  Beneficiary / Agent _____ , being a duly

authorized representative of the United States Government as a warranted contracting officer, have
determined that the lien is no longer required to ensure further performance of the said Government
contract or satisfaction of claims arising therefrom,

and

Whereas the surety remains liable to the United States Government for continued performance
of the said Government contract and satisfaction of claims pertaining thereto.

Now, therefore, this agreement witnesseth that the Government hereby releases the aforementioned lien.

[Date] July 7, 2015

Acceptable Certifications
Financial Institution's Official Seal or Stamp:
(Such as Signature Guarantee or Medallion Signature Guarantee

[Signature] Barbara Lynn Gasich

[Seal]

AUTHORIZED FOR LOCAL REPRODUCTION

OPTIONAL FORM 90 (REV. 1-90)
Prescribed by GSA-FAR (48 CFR) 53.228 (n)

## RELEASE OF PERSONAL PROPERTY FROM ESCROW

Whereas  BARBARA LYNN GASICH  , of  MANATEE COUNTY, FLORIDA  , by a bond
          (Name)                          (Place of Residence)

for the performance of U.S. Government Contract Number   Criminal Case file # 2:14-CR-0063

became a surety for the complete and successful performance of said contract, and Whereas said

surety has placed certain personal property in escrow

      in Account Number   2:14-CR-0063   on deposit

    at  DISTRICT COURT OF THE UNITED STATES, NORTHERN DIST OF IN, HAMMOND DIV.
                          (Name of Financial Institution)

located at   5400 FEDERAL PLAZA, HAMMOND IN 46320   , and
                      (Address of Financial Institution)

Whereas I,  Barbara Lynn Gasich, Sui Juris, Executor / Trustee / Administrator  , being a duly authorized

representative of the United States government as a warranted contracting officer, have determined

that retention in escrow of the following property is no longer required to ensure further performance

of the said Government contract or satisfaction of claims arising therefrom:

See attached SF 1416-Payment Bond, U.S. $1,155,134.00, Registered Bond of Indemnity, U.S.
$2,310,268.00, Case # 2:14-CR-0063 (INDICTMENT) in the penal sum of U.S. $1,155,134.00, Wisconsin
Registered Certificate # 1962061966, US Authentication # 14054127-1
, Full Faith and Credit.

and

Whereas the surety remains liable to the United States Government for the continued performance of
the said Government contract and satisfaction of claims pertaining thereto.

Now, therefore, this agreement witnesseth that the Government hereby releases from escrow the
property listed above, and directs the custodian of the aforementioned escrow account to deliver the
listed property to the surety. If the listed property comprises the whole of the property placed in
escrow in the aforementioned escrow account, the Government further directs the custodian to close
the account and to return all property therein to the surety, along with any interest accruing which
remains after the deduction of any fees lawfully owed to

DISTRICT COURT OF THE UNITED STATES, NO. DISTRICT OF INDIANA .
              (Name of Financial Institution)

[Date] July 7, 2015

Acceptable certification:
Financial Institution's Official Seal or Stamp:
(Such as Signature Guarantee or Medallion Signature Guarantee)

[Signature] Barbara Lynn Gasich

Seal

AUTHORIZED FOR LOCAL REPRODUCTION

OPTIONAL FORM 91  (1-90)
Prescribed by GSA-FAR (48 CFR) 53.228(o)



# United States of America



## DEPARTMENT OF STATE

### *To all to whom these presents shall come, Greetings:*

I Certify That the document hereunto annexed is under the Seal of the State(s) of Wisconsin, and that such Seal(s) is/are entitled to full faith and credit.*

*For the contents of the annexed document, the Department assumes no responsibility*
*This certificate is not valid if it is removed or altered in any way whatsoever*

In testimony whereof, I, John F. Kerry, Secretary of State , have hereunto caused the seal of the Department of State to be affixed and my name subscribed by the Assistant Authentication Officer, of the said Department, at the city of Washington, in the District of Columbia, this twenty-second day of September, 2014

*Issued pursuant to CHXIV, State of Sept. 15, 1789, 1 Stat. 68-69; 22 USC 2657; 22USC 2651a; 5 USC 301; 28 USC 1733 et. seq.; 8 USC 1443(f); RULE 44 Federal Rules of Civil Procedure.*

Secretary of State

By _____

Assistant Authentication Officer,
Department of State



**UNITED STATES OF AMERICA**

**The State of Wisconsin**

**OFFICE OF THE SECRETARY OF STATE**

TO ALL TO WHOM THESE PRESENTS SHALL COME:

I, DOUGLAS LA FOLLETTE, Secretary of State of the State of Wisconsin, do hereby certify that according to the records of this office,

**Oskar Anderson** was the State Registrar for the State of Wisconsin when this record was created on September 02, 2014.

(Certified for Taiwan)

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the Great Seal of the State of Wisconsin, in the City of Madison, on this day:

September 8, 2014

**DOUGLAS LA FOLLETTE**
Secretary of State

This certificate only confirms the authority of the person named as the State Registrar. It does not mean that the contents of the attached document are correct, or that the Secretary of State approves of the contents.

**WARNING:** IT IS A FELONY TO COPY OR REPRODUCE THIS CERTIFICATE - STATE STATUTE 69.24(1)

# WISCONSIN CERTIFICATE OF VITAL RECORD

## ORIGINAL CERTIFICATE OF LIVE BIRTH

121492I

**STATE FILE NUMBER:** 1962061966

**LEGACY STATE FILE NUMBER:** 148-0000008558

**FILE DATE:** MAY 28, 1962

**County of Birth:** MILWAUKEE

**Child's Name: First**
BARBARA

**Middle**
LYNN

**Last**
POPOVICH

**Sex:** FEMALE    **Date of Birth:** MAY 23, 1962

**Birth Occurred Inside City, Village, Township:**
MILWAUKEE

**Mother's Birth Name: First**
ANNA

**Middle**

**Last**
ELCENBUSCH

**Mother's Place of Birth:**
YUGOSLAVIA

**Mother's Age:**
34

**Father's Birth Name: First**
MILENKO

**Middle**

**Last**
POPOVICH

**Father's Place of Birth:**
YUGOSLAVIA

**Father's Age:**
40

I certify that this document contains a true and correct reproduction of facts on file with the Wisconsin Vital Records Office.

14118407

*Oskar Anderson*
OSKAR ANDERSON
STATE REGISTRAR

SEPTEMBER 02, 2014    Date Issued:

WARNING: IT IS A FELONY TO COPY OR REPRODUCE THIS CERTIFICATE - STATE STATUTE 69.24

Form **56**
(Rev. December 2011)
Department of the Treasury
Internal Revenue Service

## Notice Concerning Fiduciary Relationship

(Internal Revenue Code sections 6036 and 6903)

OMB No. 1545-0013

### Part I   Identification

| Name of person for whom you are acting (as shown on the tax return) | Identifying number | Decedent's social security no. |
|---|---|---|
| BARBARA L GASICH | 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 | |

Address of person for whom you are acting (number, street, and room or suite no.)

8374 MARKET ST # 110

City or town, state, and ZIP code (If a foreign address, see instructions.)

BRADENTON, FL 34202

Fiduciary's name

Robert Trgovich d/b/a CLERK OF THE COURT, US DISTRICT COURT, NORTHERN DIST OF IN, HAMMOND DIV. (as Trustee, EIN # 43-2038594)

Address of fiduciary (number, street, and room or suite no.)

5400 FEDERAL PLAZA # 1500

| City or town, state, and ZIP code | Telephone number (optional) |
|---|---|
| HAMMOND, IN 46320 | ( 219 )   852-6500 |

### Section A.  Authority

**1**   Authority for fiduciary relationship. Check applicable box:

**a**  ☐  Court appointment of testate estate (valid will exists)

**b**  ☐  Court appointment of intestate estate (no valid will exists)

**c**  ☐  Court appointment as guardian or conservator

**d**  ☑  Valid trust instrument and amendments

**e**  ☐  Bankruptcy or assignment for the benefit or creditors

**f**  ☑  Other. Describe ▶  full settlement / closure on case # 2:14-CR-0063 via GSA SF 1416-Payment  Bond, U.S. $1,155,135.00

**2a**  If box 1a or 1b is checked, enter the date of death ▶

**2b**  If box 1c—1f is checked, enter the date of appointment, taking office, or assignment or transfer of assets ▶   04-8-2015
See attached U.C.C.3 file # 201503435022, authority granted nunc pro tunc to July 17, 2014.

### Section B.  Nature of Liability and Tax Notices

**3**   Type of taxes (check all that apply):  ☑ Income   ☐ Gift  ☐ Estate   ☐ Generation-skipping transfer    ☐ Employment
☐ Excise    ☑ Other (describe) ▶  IRS Publication 334, 26 U.S.C. 671-679, Grantors and  Other's Treated as Substantial Owners

**4**   Federal tax form number (check all that apply):  **a**☐ 706 series  **b**☐ 709   **c**☐ 940   **d**☐ 941, 943, 944
**e**☑ 1040, 1040-A, or 1040-EZ  **f** ☐ 1041   **g**☐ 1120  **h**☑ Other (list) ▶  IRS Form 1099A, IRS Form 1099MISC

**5**   If your authority as a fiduciary does not cover all years or tax periods, check here . . . . . . . . . . . . . . ▶ ☑
and list the specific years or periods ▶ 2013-2014

**6**   If the fiduciary listed wants a copy of notices or other written communications (see the instructions) check this box . . . . ▶ ☐
and enter the year(s) or period(s) for the corresponding line 4 item checked. If more than 1 form entered on line 4h, enter the
form number.

Complete only if the line 6 box is checked.

| If this item is checked: | Enter year(s) or period(s) | If this item is checked: | Enter year(s) or period(s) |
|---|---|---|---|
| 4a | | 4b | |
| 4c | | 4d | |
| 4e | | 4f | |
| 4g | | 4h: | |
| 4h: | | 4h: | |

For Paperwork Reduction Act and Privacy Act Notice, see the separate instructions.          Cat. No. 16375I          Form **56** (Rev. 12-2011)

Form 56 (Rev. 12-2011)                                                                                                       Page **2**

| **Part II** | **Court and Administrative Proceedings** | | | | |
|---|---|---|---|---|---|
| Name of court (if other than a court proceeding, identify the type of proceeding and name of agency) | | | Date proceeding initiated | | |
| US DISTRICT COURT, NORTHERN DISTRICT OF INDIANA, HAMMOND DIVSION | | | 07/17//2014 | | |
| Address of court | | | Docket number of proceeding | | |
| 5400 FEDREAL PLAZA # 1500 | | | 2:14-CR-0063 | | |
| City or town, state, and ZIP code | Date | Time | | | Place of other proceedings |
| HAMMOND, IN 46320 | N/A | N/A | ☐ a.m. ☐ p.m. | N/A | |

| **Part III** | **Signature** |
|---|---|

Please
Sign
Here

I certify that I have the authority to execute this notice concerning fiduciary relationship on behalf of the taxpayer.

▶ _Barbara Lynn Fasiel_          _Beneficiary/Grantor_          _4/7/15_

Fiduciary's signature                              Title, if applicable                 Date

Form **56** (Rev. 12-2011)

☐ CORRECTED (if checked)

| | OMB No. 1545-0877 | **Acquisition or Abandonment of Secured Property** |
|---|---|---|
| LENDER'S name, street address, city or town, state or province, country, ZIP or foreign postal code and telephone no.<br>The Barbara Lynn Gasich Estate<br>8374 Market Street Suite 110<br>Bradenton FL 34202<br>Ph.No:2196716097 | **2014**<br>Form **1099-A** | |

| | 1 Date of lender's acquisition or knowledge of abandonment | 2 Balance of principal outstanding | **Copy B For Borrower** |
|---|---|---|---|
| | 6/18/2014 12:00:00 AM | $ 1155134.00 | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if taxable income results from this transaction and the IRS determines that it has not been reported. |

| LENDER'S federal identification number | BORROWER'S identification number |
|---|---|
| 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 | 43-2038594 |

| 3 | 4 Fair market value of property |
|---|---|
| | $ 1155134.00 |

BORROWER'S name, street address, city or town, state or province, country, and ZIP or foreign postal code
US District Court N. District of Indiana
5400 Federal Plaza
Hammond IN 46320

| 5 If checked, the borrower was personally liable for repayment of the debt . . . . . . . . . . . . . . . . | ☑ |
|---|---|

6 Description of property

ALL BONDS & INSURANCE
CASE 2:14-CR-0063

Account number (see instructions)
000391802735

Form **1099-A**     www.1099online.com - IRS Approved e File Provider

## Instructions for Borrower

Certain lenders who acquire an interest in property that was security for a loan or who have reason to know that such property has been abandoned must provide you with this statement. You may have reportable income or loss because of such acquisition or abandonment. Gain or loss from an acquisition generally is measured by the difference between your adjusted basis in the property and the amount of your debt canceled in exchange for the property, or, if greater, the sale proceeds. If you abandoned the property, you may have income from the discharge of indebtedness in the amount of the unpaid balance of your canceled debt. The tax consequences of abandoning property depend on whether or not you were personally liable for the debt. Losses on acquisitions or abandonments of property held for personal use are not deductible. See Pub. 4681 for information about your tax consequences.

Property means any real property (such as a personal residence); any intangible property; and tangible personal property that is held for investment or used in a trade or business.

If you borrowed money on this property with someone else, each of you should receive this statement.

**Borrower's identification number.** For your protection, this form may show only the last four digits of your social security number (SSN), individual taxpayer identification number (ITIN), or adoption taxpayer identification number (ATIN). However, the issuer has reported your complete identification number to the IRS and, where applicable, to state and/or local governments.

**Account number.** May show an account or other unique number the lender assigned to distinguish your account.

**Box 1.** For a lender's acquisition of property that was security for a loan, the date shown is generally the earlier of the date title was transferred to the lender or the date possession and the burdens and benefits of ownership were transferred to the lender. This may be the date of a foreclosure or execution sale or the date your right of redemption or objection expired. For an abandonment, the date shown is the date on which the lender first knew or had reason to know that the property was abandoned or the date of a foreclosure, execution, or similar sale.

**Box 2.** Shows the debt (principal only) owed to the lender on the loan when the interest in the property was acquired by the lender or on the date the lender first knew or had reason to know that the property was abandoned.

**Box 4.** Shows the fair market value of the property. If the amount in box 4 is less than the amount in box 2, and your debt is canceled, you may have cancellation of debt income. If the property was your main home, see Pub. 523 to figure any taxable gain or ordinary income.

**Box 5.** Shows whether you were personally liable for repayment of the debt when the debt was created or, if modified, when it was last modified.

**Box 6.** Shows the description of the property acquired by the lender or abandoned by you. If "CCC" is shown, the form indicates the amount of any Commodity Credit Corporation loan outstanding when you forfeited your commodity.



# FLORIDA SECURED TRANSACTION REGISTRY

\*\*\*\*\*The attached is certified as a true and correct copy of Uniform Commercial Code file number
201503435022   of the records of this office. \*\*\*\*\*\*\*\*\*\*\*

DOCUMENT(s)
201503435022

13TH APRIL, 2015
FLORIDAUCC, LLC
Designated Filing Office
Florida Secured Transaction Registry

By

Custodian of the Records



# FINANCING STATEMENT AMENDMENT FORM

**A. NAME & DAYTIME PHONE NUMBER OF CONTACT PERSON**

EZCONSULTING; 7279143437

Email EZCONSULTING@LIVE.COM

**B. SEND ACKNOWLEDGEMENT TO:**

## FILED

2015 Apr 08 04:20 PM

****** 201503435022 ******

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

---

| 1a. INITIAL FINANCING STATEMENT FILE # 201402376608 | 1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. |

**2. CURRENT RECORD INFORMATION – DEBTOR NAME – INSERT ONLY ONE DEBTOR NAME (2a OR 2b)**

| 2a. ORGANIZATION'S NAME |
|---|
| GEORGE GASICH |

| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

**3. CURRENT RECORD INFORMATION - SECURED PARTY NAME - INSERT ONLY ONE SECURED PARTY NAME (3a OR 3b)**

| 3a. ORGANIZATION'S NAME |
|---|
| NEXTUP INTERNATIONAL TRUST |

| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

**4.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

**5.** ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

**6.** ☐ **ASSIGNMENT** ☐ Full or ☐ Partial: Give name of assignee in item 9a or 9b and address of assignee in item 9c; and also give name of assignor in item 11.

**7.** ☐ **AMENDMENT** (PARTY INFORMATION): This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.

Also check one of the following three boxes and provide appropriate information in items 8 and/or 9.

☐ **CHANGE** name and/or address: Give current record name in item 8a or 8b; Also give new name (if name change) in item 9a or 9b and/or new address (if address change) in item 9c. ☐ **DELETE** name: Give record name to be deleted in item 8a or 8b. ☐ **ADD** name: Complete item 9a or 9b, and 9c; also complete items 9d-9g (if applicable).

**8. CURRENT RECORD INFORMATION** — INSERT ONLY ONE NAME (8a OR 8b) - Do Not Abbreviate or Combine names

| 8a. ORGANIZATION'S NAME |
|---|
| |

| 8b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

**9. CHANGED (NEW) OR ADDED INFORMATION:** — INSERT ONLY ONE NAME (9a OR 9b) - Do Not Abbreviate or Combine names

| 9a. ORGANIZATION'S NAME |
|---|
| |

| 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 9c. MAILING ADDRESS Line One | | This space not available. | | | |
|---|---|---|---|---|---|
| MAILING ADDRESS Line Two | CITY | | STATE | POSTAL CODE | COUNTRY |

**10. AMENDMENT (COLLATERAL CHANGE):** check only one box.
Describe collateral ☐ deleted or ☑ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

See attached Notice of Additional Collateral / Notice of Partial Assignment

**11. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT** (name or assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor, which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☑ and enter name of DEBTOR authorizing this Amendment.

| 11a. ORGANIZATION'S NAME |
|---|
| BARBARA LYNN POPOVICH |

| 11b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

**12. OPTIONAL FILER REFERENCE DATA** All Rights Reserved by the Nextup International TR.

STANDARD FORM - FORM UCC-3 (REV.05/2013)     Filing Office Copy     Approved by the Secretary of State, State of Florida

# NOTICE OF ADDITIONAL COLLATERAL
# NOTICE OF PARTIAL ASSIGNMENT

Notice to Agent is Notice to Principal.  Notice to Principal is Notice to Agent.

GSA SF 1416-Payment Bond in the amount U.S. $1,155,134.00,

SF 28-Affidavit of Individual Surety,

SF 1418-Performance Bond in the amount of U.S. $2,310,268.00,

District Court of the United States, Northern District of Indiana, Hammond Division Case # 2:14-CR-0063 (INDICTMENT) in the penal sum of U.S. $1,155,134.00,

OF 90-Release of Lien on Real Property,

OF 91-Release of Personal Property from Escrow,

Wisconsin Registered Certificate # 1962061966, US Authentication # 14054127-1, as collateral asset for assurance (security and guarantee),

IRS Form 1041V-Payment Voucher in the amount of U.S. $1,155,134.00,

All IRS Form(s) 1099 regarding this case number,

IRS Form 56-Notice Concerning Fiduciary Relationship,

Oath of Office of Randall Stewart d/b/a ASSITANT US ATTORNEY,

Oath of Office of David Capp d/b/a US ATTORNEY,

Oath of Office of John Martin d/b/a MAGISTRATE JUDGE,

Oath of Office of Philip Simon d/b/a CHIEF JUDGE,

Oath of Office of Robert Trgovich d/b/a CLERK OF THE COURT,

Oath of Office of Sarah Smolsky d/b/a SPECIAL AGENT, c/o IRS CID,

FOR VALUE RECEIVED, the Secured Party (NEXTUP INTERNATIONAL TRUST) of record does herein make this (Partial) Assignment for the Release of Interest in Collateral / Tender of Credit with GSA SF 1416-Payment Bond in the amount U.S. $1,155,134.00, SF 28-Affidavit of Individual Surety, SF 1418-Performance Bond in the amount of U.S. $2,310,268.00, Case # 2:14-CR-0063 (INDICTMENT) in the penal sum of U.S. $1,155,134.00, OF 90-Release of Lien on Real Property, OF 91-Release of Personal Property from Escrow, Wisconsin Registered Certificate # 1962061966, US Authentication # 14054127-1 to settle and close case acct # 2:14-CR-0063 in the DISTRICT COURT OF THE UNITED STATES, NORTHERN DISTRICT OF INDIANA, HAMMOND DIVISION, pursuant to and in accordance

with the spirit and intent of 12 U.S.C. sec. 95a (2), House Joint Resolution 192 of June 5,1933, 31 U.S.C. § 5118, Chapter 48, 48 Statute 112-113, 31 U.S.C. § 3128 and applicable sections of the Florida Statutes Title XXXIX (Uniform Commercial Code) reserved herein.

This account / case # 2:14-CR-006 is partially assigned to or for an account of the United States pursuant to and in accordance with the spirit and intent of 12 U.S.C. § 95a (2).

12 U.S.C. § 95a part 2: *Any **payment**, conveyance, transfer, **assignment**, or delivery of property or interest therein, **made to or for the account of the United States**, or as otherwise directed, pursuant to this section or any rule, regulation, instruction, or direction issued hereunder shall to the extent thereof be **a full acquittance** and **discharge for all purposes of the obligation** of the person making the same; and **no person shall be held liable IN ANY COURT** for or in respect to anything done or omitted in good faith in connection with the administration of, or in pursuance of and in reliance on, this section, or any rule, regulation, instruction, or direction issued hereunder.*

 FLORIDA SECURED TRANSACTION REGISTRY

*****The attached is certified as a true and correct copy of Uniform Commercial Code file number 20150328802X of the records of this office. ***********

DOCUMENT(s)
20150328802X

13TH APRIL, 2015
FLORIDAUCC, LLC
Designated Filing Office
Florida Secured Transaction Registry

By 

Custodian of the Records

# FINANCING STATEMENT AMENDMENT FORM

**A. NAME & DAYTIME PHONE NUMBER OF CONTACT PERSON**

EZ CONSULTING; 7279143437

Email EZCONSULTING@LIVE.COM

**B. SEND ACKNOWLEDGEMENT TO:**

**FILED**

2015 Mar 18 12:12 PM

******* 20150328802X *******

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

**1a. INITIAL FINANCING STATEMENT FILE #** 201402376608

**1b.** ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

**2. CURRENT RECORD INFORMATION - DEBTOR NAME - INSERT ONLY ONE DEBTOR NAME (2a OR 2b)**

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| GEORGE GASICH | | | |

| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

**3. CURRENT RECORD INFORMATION - SECURED PARTY NAME - INSERT ONLY ONE SECURED PARTY NAME (3a OR 3b)**

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| NEXTUP INTERNATIONAL TRUST | | | |

| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

**4.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

**5.** ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

**6.** ☐ **ASSIGNMENT** ☐ Full or ☐ Partial : Give name of assignee in item 9a or 9b and address of assignee in item 9c; and also give name of assignor in item 11.

**7.** ☐ **AMENDMENT** (PARTY INFORMATION): This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.

Also check one of the following three boxes and provide appropriate information in items 8 and/or 9.

☐ **CHANGE** name and/or address: Give current record name in item 8a or 8b; Also give new name (if name change) in item 9a or 9b and/or new address (if address change) in item 9c.  ☐ **DELETE** name: Give record name to be deleted in item 8a or 8b.  ☐ **ADD** name: Complete item 9a or 9b, and 9c; also complete items 9d-9g (if applicable).

**8. CURRENT RECORD INFORMATION** — INSERT ONLY ONE NAME (8a OR 8b) - Do Not Abbreviate or Combine names

| 8a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| | | | |

| 8b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

**9. CHANGED (NEW) OR ADDED INFORMATION:** — INSERT ONLY ONE NAME (9a OR 9b) - Do Not Abbreviate or Combine names

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| | | | |

| 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 9c. MAILING ADDRESS Line One | | This space not available. | | |
|---|---|---|---|---|
| MAILING ADDRESS Line Two | CITY | | STATE | POSTAL CODE | COUNTRY |

**10. AMENDMENT (COLLATERAL CHANGE):** check only one box.
Describe collateral ☐ deleted or ☑ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

Florida Department of State Fictitious name registration # G15000024284 for GEORGE GASICH Florida Department of State Fictitious name registration # G15000024254 for BARBARA LYNN GASICH See attached documents

**11. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT**
(name of assignor, if this is an Assignment) If this is an Amendment authorized by a Debtor, which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☑ and enter name of DEBTOR authorizing this Amendment.

| 11a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| GEORGE GASICH | | | |

| 11b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

**12. OPTIONAL FILER REFERENCE DATA** All Rights Reserved by the Secured Party

STANDARD FORM - FORM UCC-3 (REV.05/2013)　　Filing Office Copy　　Approved by the Secretary of State, State of Florida

# *State of Florida*
## *Department of State*

I certify that the attached is a true and correct copy of the Application For Registration of the Fictitious Name GEORGE GASICH, registered with the Department of State on March 6, 2015, as shown by the records of this office.

The Registration Number of this Fictitious Name is G15000024284.

*Given under my hand and the Great Seal of Florida, at Tallahassee, the Capital, this the Seventh day of March, 2015*



*Ken Detzner*

*Secretary of State*

# State of Florida
## Department of State

I certify that the attached is a true and correct copy of the Application For Registration of the Fictitious Name BARBARA LYNN GASICH, registered with the Department of State on March 6, 2015, as shown by the records of this office.

The Registration Number of this Fictitious Name is G15000024254.

*Given under my hand and the Great Seal of Florida, at Tallahassee, the Capital, this the Seventh day of March, 2015*



*Ken Detzner*

*Secretary of State*

# CERTIFICATE OF NOTARY VERIFICATION (CNV)

State of Indiana )
County of Lake ) ss

## CERTIFICATION OF DOCUMENTS

On this 14th day of July, 2015 for the purpose of verification, I, the undersigned NOTARY PUBLIC, do certify and ACKNOWLEDGE that Barbara Lynn Gasich, as Guarantor, Trustee / Administrator for and on behalf the **NEXTUP INTERNATIONAL TRUST** (Secured Party) presented the documents listed below to me for **VERIFICATION UNDER NOTARY SEAL,** regarding the mailing of Payment Bond with supporting documents in the amount of U.S. $1,155,134.00 with a Registered Bond of Indemnity in the amount of U.S. $2,310,268.00 made PAYABLE ON DEMAND to the CLERK OF THE COURT, WITHOUT RECOURSE for the settlement / extinguishment of all charges, debts, assessments, public and private for case # 2:14-CR-0063 to all agents of the United States District Court, Northern District of Indiana, Hammond Division I, the undersigned NOTARY PUBLIC, personally verified that I have seen the enclosed documents. The documents will be hand delivered by me at the request of Barbara Lynn Gasich in person to be filed into the case file noted above.

To:
United States District Court, Northern District of Indiana, Hammond Division
**ATTN: Robert N. Trgovich d/b/a Clerk of the Court / Chief Financial Officer**
5400 Federal Plaza # 1500
Hammond IN 46320

From:
Office of the Trustee / Administrator, for the
NEXTUP INTERNATIONAL TRUST
8374 Market St # 110
Bradenton, Florida [34202]

*FILED*

JUL 16 2015

At _____
ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

1. Original of CERTIFICATE OF NOTARY VERIFICATION-Certification of Documents (signed copy on file)-1pg

2. Original of Notice of Payment-1pg

3. Original of Notice of Filing of Payment Bond with Registered Bond of Indemnity-3pgs

4. Original of Affidavit of Discharge in Support of 12 U.S.C. 95a (2)-4pgs

5. Original of GSA SF 1416-Payment Bond in the amount of U.S. $1,155,134.00-1pg

6. Original of Registered Bond of Indemnity in the amount of U.S. $2,310,268.00-1pg

7. Copy of Indictment for case # 2:14-CR-0063-7pgs

8. Original of GSA OF 90-Release of Lien on Real Property-1pg

9. Original of GSA OF 91-Release of Personal Property from Escrow-1pg

10. Certified Copy of Wisconsin Certificate # 1962061966, US Authentication # 14054127-1-3pgs

11. Original of IRS Form 56-Notice Concerning Fiduciary Relationship-2pgs

12. Copy of Borrowers copy of IRS Form 1099A (2014)-1pg

13. Certified Copy of UCC3 Amendment # 201503435022 as filed by FLORIDA UCC, LLC-4pgs

14. Certified Copy of UCC3 Amendment # 20150328802X as filed by FLORIDA UCC, LLC-4pgs

**ASHLEY MANFRE**
Notary Public, State of Indiana
Lake County
Commission # 663063
My Commission Expires
**February 15, 2023**

WITNESS my hand and official seal.

_Ashley Manfre_

Signature of NOTARY PUBLIC
Void where prohibited by law

7-14-2015
Date          (Seal)

Notes: The above noted NOTARY PUBLIC is not an attorney licensed to practice law in the state of Indiana and has not given legal advice or accepted fees for legal advice; provided no assistance in the preparation of the above referenced documents, and has no interest in any issue referenced therein. The above noted NOTARY PUBLIC is NOT a party to this action and is ONLY acting in an authorized capacity as a third party witness to CERTIFY they have seen the documents indicated herein. The Certifying NOTARY is an independent contractor and not a party to this claim. In fact the Certifying NOTARY is a Federal Witness Pursuant to TITLE 18, PART I, CHAPTER 73, SEC. 1512, Tampering with a witness, victim, or an informant. The Certifying NOTARY also performs the functions of a quasi-Postal inspector under the Homeland Security Act by being compelled to report any violations of the U.S. Postal regulations as an Officer of the Executive Department. Intimidating a NOTARY PUBLIC under Color of Law is a violation of Title 18, U.S. Code, Section 242, titled "Deprivation of Rights Under Color of Law," which primarily governs police misconduct investigations. This Statute makes it a crime for any person acting under the Color of Law to willfully deprive any individual residing in the United States and/or United States of America those rights protected by the Constitution and U.S. laws.

# NOTICE OF PAYMENT
Florida UCC1 file # 201402376608

July 7, 2015

To:
District Court of the United States, Northern District of Indiana, Hammond Division
**ATTN: Robert N. Trgovich d/b/a Clerk of the Court / Chief Financial Officer**
5400 Federal Plaza
Hammond IN 46320

-FILED-

JUL 16 2015

**From:**
Office of the Trustee / Administrator, for the
NEXTUP INTERNATIONAL TRUST
c/o 8374 Market Street # 110
Bradenton, Florida [34202]

At
ROBERT N. TRGOVICH, Clerk M
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

RE: **Criminal Case file # 2:14-CR-0063, PAYMENT BOND FOR DISCHARGE OF ALL CHARGES, DEBTS ASSESSMENTS in the amount of U.S. $1,155,134.00, for BARBARA GASICH AND GEORGE GASICH.**

To whom to all these Presents shall come, Greetings:

　　　Please find attached hereto [1] Payment Bond *(the "Bond")* in the amount of U.S. $1,155,134.00 with a Registered Bond of Indemnity in the amount of U.S. $2,310,368.00, along with other supporting documents, for full settlement, extinguishment and closure of all charges, debts, assessments, taxes, dues duties and the like, both public and private and is partially assigned to or for an account of the United States in accordance with **12 U.S.C. sec. 95a (2) for this instant matter.**   Please take judicial notice of **28 U.S.C sec. 2041-Deposit of Moneys in Pending or Adjudicated Cases** regarding the processing of the enclosed Bond(s) with attachments.  The amount of the Payment bond is based on all the "charges" added together for both alleged defendants on the attached Indictment.

　　　Upon receipt of the Bond(s) [2] deposit in an account for safekeeping or [3] convert and redeem in lawful money on demand (**see 12 U.S.C. sec. 411**) with the **Treasurer or Treasury of the United States, a Federal Reserve Bank *(or branch with requisite facilities)*, or other depository designated for that purpose authorized by the Secretary of the Treasury.  Be advised I formally accept your oath of office and you are directed to act in TRUST with good faith and settle and close this case immediately.**

　　　George Gasich and Barbara Lynn Gasich are hereby released from any and all obligations regarding this instant matter as an operation of law.  Moreover, attached is IRS Form 1099A (2014) and IRS Form 56, which has been filed with the IRS already.  Thank you for your prompt attention.  These documents are presented in the spirit of peace and harmony.  I thank you for your time.

/s/ Barbara Lynn Gasich
Barbara Lynn Gasich, as Trustee / Administrator, for the
NEXTUP INTERNATIONAL TRUST
All Rights Reserved

CC sent to: RANDALL SETWART, ASSISTANT US ATTORNEY FOR PLANTIFF
c/o UNITED STATES ATTORNEY'S OFFICE, 5400 FEDERAL PLAZA, HAMMOND IN 46320O, Department of the Treasury, Internal Revenue Service, Advisory Group, Attention Advisory Group Manager,400 West Peachtree St Stop 333-D, Atlanta Georgia 30303

*Property of the Nextup International Trust*