UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

UNITED STATES OF AMERICA

    Plaintiff,

v.                        CASE NUMBER: 2:14-CR-63

GEORGE GASICH

    Defendant.

## MOTION TO WITHDRAW

The undersigned, as attorney for the Defendant, George Gasich, moves to withdraw as counsel for the Defendant George Gasich, and in support shows:

1. On March 11, 2015, the undersigned counsel entered his appearance as stand-by counsel. [DE 42].

2. Between March 11, 2015 and October 20, 2015, the undersigned counsel had no communication with Defendant George Gasich despite efforts by the undersigned counsel.

3. On October 20, 2015 before a scheduled status conference before this Court, Defendant George Gasich began consulting with the undersigned counsel in his capacity as stand-by counsel.

4. On October 21, 2015, Defendant George Gasich appeared before the Court and stated his intention to plead guilty to Count 2 of the Indictment without the benefit of a plea agreement. Prior to the change of plea hearing, the Court ordered, at the Defendant's request, that the undersigned counsel become the

attorney for Defendant. The Defendant then proceeded to plead guilty to Count 2 of the Indictment without the benefit of a plea agreement. [DE 92].

5. The undersigned counsel and Defendant George Gasich have experienced a complete breakdown in the attorney-client relationship. Specifically, Defendant George Gasich does not want to accept the undersigned counsel's representation and has been unwilling to communicate in a manner sufficient to allow the undersigned counsel to effectively represent Defendant Gasich. The undersigned now believes that Defendant George Gasich lacks confidence in the representation of the undersigned to the extent that the attorney-client relationship is irretrievably broken. The breakdown of that relationship has resulted in an unwillingness on the part of Defendant Gasich to communicate with the undersigned counsel regarding the status or future of this case.

6. Defendant George Gasich has represented to the undersigned counsel that he has no objection to this motion. However, Defendant George Gasich failed to specify to the undersigned counsel whether he wishes to proceed pro se or be appointed substitute CJA counsel.

7. Defendant George Gasich's response to the First Draft of the Presentence Investigation Report is due no later than February 4, 2016. [DE 114].

8. Defendant George Gasich's sentencing hearing is scheduled for March 25, 2016 at 10:30 a.m. [117].

9. The undersigned counsel will be in Portland, Oregon from February 1- February 4, 2016 attending a meeting of Federal Defenders sponsored by the Administrative Office of the United States Courts. If the Court schedules a hearing pursuant to this motion, the undersigned counsel can make himself available to participate by telephone or have another lawyer from the Federal Defender's Office appear for the undersigned counsel at the hearing.

WHEREFORE the undersigned, as counsel for Defendant George Gasich, moves to withdraw as counsel for the Defendant.

Dated: <u>January 21, 2016</u>

          Respectfully submitted,

          Northern District of Indiana
          Federal Community Defenders, Inc.

          By:    <u>s/ Jerome T. Flynn</u>
                     Jerome T. Flynn
                     31 East Sibley Street
                     Hammond, IN   46320
                     Phone: (219) 937-8020
                     Fax: (219) 937-8021

## **CERTIFICATE OF SERVICE**

  I hereby certify that, on  January 21, 2016 , I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

    Randall M. Stewart – AUSA
    Randall.Stewart@usdoj.gov

    Nathaniel L Whalen - AUSA
    nathaniel.whalen@usdoj.gov

    Mark A. Psimos
    psimoslaw@airbaud.net


         s/ Jerome T. Flynn

4